HELEN M. DAVID, as Administratrix of the Estate of JEAN A. DAVID, Deceased, Respondent, *v.* McKESSON & ROBBINS, INC., Appellant, Impleaded with Another.

Argued May 20, 1938; decided June 3, 1938.

*Clarence E. Mellen* and *Frederick Mellor* for appellant.

*Joseph P. Walsh, Peter F. Gulotta* and *George Fogler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.